JIN JOO LEE, a.k.a. Jin Joo Kim; Young Hak Lee, Petitioners,

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 06–72946.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 27, 2011.*

Filed Oct. 6, 2011.

Stephen Shaiken, Law Office of Stephen Shaiken, San Francisco, CA, for Petitioners.

Aliza Bessie Alyeshmerni, Trial, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SILVERMAN, W. FLETCHER, and MURGUIA, Circuit Judges.

MEMORANDUM **

Jin Joo Lee and her son Young Hak Lee, natives and citizens of South Korea, petition for review of the Board of Immigration Appeals' order dismissing their appeal from an immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's findings of fact, and review de novo questions of law. *Kim v. Holder,* 603 F.3d 1100, 1102 (9th Cir.2010). We deny the petition for review.

Substantial evidence supports the agency's finding of removability by clear and convincing evidence. *See id.* at 1103.

The agency did not err in concluding that petitioners were ineligible for a waiver of inadmissibility under 8 U.S.C. § 1182(k) where they never possessed immigrant visas. *See Kyong Ho Shin v. Holder,* 607 F.3d 1213, 1219 (9th Cir.2010) (to be eligible for a waiver under 8 U.S.C. § 1182(k) an alien must possess an immigrant visa).

Petitioners' remaining contention is not persuasive.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.